SUE CAMPBELL, SBN 98728
MATTHEW P. MINSER, SBN 296344
CAMPBELL LAW OFFICE
1155 North First Street, Suite 218
San Jose, California 95112
Phone: (408) 277-0648
Fax:    (408) 938-1035

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD PFEIFFER AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>STEINY AND COMPANY, INC., A California Corporation<br><br>Defendant(s). | CASE NO.: 15-CV-01405-NC<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER<br><br>Date: July 8, 2015<br>Time: 10:00 A.M.<br>Place: Courtroom 7, 4th Floor |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants have been served. The case is in the process of settling.

**DESCRIPTION OF THE CASE**

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds. Plaintiffs would like to continue the case until September 9, 2015. Settlement negotiations are in progress. Defendants have requested and Plaintiffs have granted an extension to answer Plaintiffs' complaint to attempt to settle this matter. Therefore, Plaintiffs request that

CAMPBELL LAW OFFICE
1155 N. First St,
Ste. 218
San Jose, CA 95112

1

CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER
No. 15-CV-01405-NC

the case be continued until September 9, 2015, for another Case Management Conference.

                                               Respectfully submitted,

Dated: July 1, 2015

                                      /S/_____
                                      SUE CAMPBELL
                                      Attorney for Plaintiff

## **ORDER**

The Case Management Conference is hereby continued to September 9, 2015, at 10:00 A.M., in Courtroom 7, 4th Floor. Plaintiff will file an update and proposed action seven (7) days prior to the Case Management Conference.

Dated: ____July 6, 2015_____        _____
                                                                                   JUDGE OF THE U.S. DISTRICT COURT

[Stamp: GRANTED — Judge Nathanael M. Cousins — United States District Court, Northern District of California]