SUE CAMPBELL, SBN 98728
MATTHEW P. MINSER, SBN 296344
CAMPBELL LAW OFFICE
1155 North First Street, Suite 218
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD PFEIFFER AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS, <br><br> Plaintiffs, <br><br> vs. <br><br> STEINY AND COMPANY, INC., A California Corporation <br><br> Defendant(s). | CASE NO.: 15-CV-01405-NC <br><br> CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER <br><br> Date: November 4, 2015 <br> Time: 10:00 A.M. <br> Place: Courtroom 7, 4th Floor |

    Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants have been served. Default was entered on September 10, 2015. Settlement negotiations had resumed but did not result in a settlement. Plaintiffs are in the process of preparing the documents for a default judgment by court.

### DESCRIPTION OF THE CASE

    This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds. Plaintiffs would like to continue the case until December 9, 2015. Since the last CMC

Statement was filed, settlement negotiations had resumed with the Defendant, but did not result in a settlement. Plaintiffs are in the process of preparing the documents for a default judgment by court. Plaintiffs expect to have the documents for a Default Judgment by Court filed by November 30, 2015. Therefore, Plaintiffs request that the case be continued until December 9, 2015, for another Case Management Conference.

Respectfully submitted,

Dated: October 29, 2015

/S/
SUE CAMPBELL
Attorney for Plaintiff

## ORDER

The Case Management Conference is hereby continued to December 9, 2015, at 10:00 A.M., in Courtroom 7, 4th Floor. Plaintiff will file an update and proposed action seven (7) days prior to the Case Management Conference. Any motion for default judgment must be filed by November 30, 2015.

Dated: October 29, 2015

_____
JUDGE OF THE U.S. DISTRICT COURT

IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins